IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN MICHAEL KUEHN, | § | |
| | § | No. 29, 2016 |
| Appellant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| ANDREW CODY COTTER and | § | |
| TRACY CAMPBELL, | § | C.A. No. N14A-12-001 |
| | § | |
| Appellees Below- | § | |
| Appellees. | § | |

Submitted: May 6, 2016
Decided: June 29, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 29th day of June 2016, the Court has considered carefully the parties' briefs and the record on appeal. It is clear that the judgment below should be affirmed on the basis of, and for the reasons stated in, the Superior Court's well-reasoned opinion dated December 17, 2015. The Superior Court did not err in dismissing the appeal against Tracy Campbell because she was not a party to the Court of Common Pleas' judgment. The Superior Court also did not err in dismissing the appeal against Andrew Cody Cotter as untimely.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice